UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| BRYAIN YOUNG | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | )   17-CV-1269 |
| vs. | ) |
| | ) |
| MELVIN, et al., | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES

NOW COME Defendants RANDALL MEISTER, MICHAEL MELVIN, and SUSAN PRENTICE ("Defendants"), by Lisa Madigan, Attorney General of the State of Illinois, and for their response to Plaintiff's Complaint, state as follows:

### ALLEGATIONS ENUMERATED IN COURT ORDER DATED July 26, 2017[1]

1.   The plaintiff filed this lawsuit pursuant to 42 U.S.C. § 1983, alleging violation of his Eighth Amendment right against cruel and unusual punishment.

**RESPONSE: Defendants admit that Plaintiff filed his lawsuit pursuant to 42 U.S.C. § 1983. Defendants deny the remaining allegations in this paragraph.**

2.   Plaintiff alleges the showers at Pontiac contained insects, mildew, lime soaps ("soap scum"), trash, human saliva, urine, and excrement. In addition, he alleges the showers did not drain properly because the drains were covered with blankets and replete with hair and debris.

**RESPONSE: Defendants deny the allegations contained in this paragraph.**

---

[1] Pursuant to this Court's Merit Review and Case Management Order [Doc. 9] and local rule 16.3(E)(2), *CDIL-LR*, the issues and claims will be limited to those identified in the Merit Review Opinion.

3. Plaintiff alleges the showers were seldom, if ever, cleaned between 2015 and 2017, despite Pontiac's policy requiring both the use of bleach solution to clean all high-traffic areas and the availability of spray bottles with the bleach solution to clean showers between uses.

**RESPONSE: Defendants deny the allegations contained in this paragraph.**

4. Plaintiff alleges that prisoners, on multiple occasions, brought their sanitation concerns to the attention of prison officials to no avail.

**RESPONSE: Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations.**

5. Plaintiff alleges that when he and other prisoners requested spray bottles to clean the showers themselves, prison officials told them that there were none or to file a grievance.

**RESPONSE: Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations.**

6. Plaintiff also filed grievances about the conditions, but the process yielded no results.

**RESPONSE: Defendants deny the allegations in this paragraph.**

7. Plaintiff alleges he developed fungal infections on his feet and groin, blackened toenails, and dry feet as a result of the alleged shower conditions.

**RESPONSE: Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations.**

8. When he sought medical treatment in December 2016, Plaintiff alleges Defendant Jade prescribed tolnaftate powder, an anti-fungal medication.

**RESPONSE: Defendants, per recorded documentation, admit that Plaintiff sought medical treatment in December 2016, Defendants lack knowledge or information sufficient to form a belief about the truth of the remaining allegations.**

9. Plaintiff applied the medication to no avail. Plaintiff alleges Defendant Tracey then prescribed tolnaftate cream; the results were the same.

**RESPONSE: Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations.**

10. On February 21, 2017, Plaintiff alleges Defendant Chrissy referred him to Defendant Tilden. Plaintiff alleges Defendant Tilden prescribed him tolnaftate cream for three months and[1] informed Plaintiff that he should have been prescribed the same regimen initially. Plaintiff alleges he received his tolnaftate prescription monthly—but only enough to last a week.

**RESPONSE:  Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations.**

### REQUESTED RELIEF

Defendants deny that Plaintiff is entitled to any relief whatsoever.

### JURY DEMAND

Defendants request a trial by jury in this matter.

### AFFIRMATIVE DEFENSES

1. To the extent that Plaintiff is suing Defendants in their official capacity, Eleventh Amendment and sovereign immunity bar such claims.

2.	To the extent Plaintiff is suing Defendants for injunctive relief that is not intended to address ongoing constitutional violations, the Eleventh Amendment and sovereign immunity bar such claims.

3.	To the extent that Plaintiff has failed to exhaust all available administrative remedies, his claims are barred by the Prison Litigation Reform Act. 42 U.S.C. § 1997e(a).

4.	At all times relevant herein, Defendants acted in good faith in the performance of their official duties and without violating Plaintiff's clearly established statutory or constitutional rights of which a reasonable person would have known. Defendants are, therefore, protected from suit by the doctrine of qualified immunity.

WHEREFORE, for the above and foregoing reasons, Defendants respectfully requests that this honorable Court deny Plaintiff's requested relief and enter judgment in their favor.

                                                            Respectfully submitted,

                                                            RANDALL MEISTER, MICHAEL MELVIN and SUSAN PRENTICE,

                                                            Defendants,

| | |
|---|---|
| R. Levi Carwile, #6317375 | LISA MADIGAN, Attorney General |
| Assistant Attorney General | State of Illinois |
| 500 South Second Street | |
| Springfield, IL 62701 | Attorney for Defendants, |
| (217) 557-0261 Phone | |
| (217) 524-5091 Fax | By: s/ R. Levi Carwile |
| Email: rcarwile@atg.state.il.us | R. Levi Carwile |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# ROCK ISLAND DIVISION

| | |
|---|---|
| BRYAIN YOUNG | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | )   17-CV-1269 |
| vs. | ) |
| | ) |
| MELVIN, et al., | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

      I hereby certify that on September 25, 2017, the foregoing document, *Defendants' Answer and Affirmative Defenses*, was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

NONE

and I hereby certify that on the same date, I caused a copy of the same to be mailed by United States Postal Service, in an envelope, properly addressed and fully prepaid, to the following non-registered participant:

Bryain Young, #B-23205<br>
Pontiac Correctional Center<br>
Inmate Mail/Parcels<br>
700 W. Lincoln Street<br>
PO Box 99<br>
Pontiac, IL  61764

                                                                Respectfully submitted,

                                                                 s/ R. Levi Carwile  
                                                                 R. Levi Carwile, #6317375  
                                                                 Assistant Attorney Generalk  
                                                                 General Law Bureau  
                                                                Office of the Attorney General  
                                                                500 South Second Street  
                                                                Springfield, IL  62701  
                                                               (217) 557-0261 Phone  
                                                               (217) 524-5091 Fax  
                                                               rcarwile@atg.state.il.us