UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | | |
|---|---|---|
| BRYAIN YOUNG | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | 17-CV-1269 |
| vs. | ) | |
| | ) | |
| MELVIN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES

NOW COMES Defendant, Krisi Eshleman, by and through her attorney, Lisa Madigan, Attorney General of the State of Illinois, and for her response to Plaintiff's Complaint, states as follows:

### ALLEGATIONS ENUMERATED IN COURT ORDER DATED July 26, 2017[1]

1.    The plaintiff filed this lawsuit pursuant to 42 U.S.C. § 1983, alleging violation of his Eighth Amendment right against cruel and unusual punishment.

**RESPONSE: Defendant admits that Plaintiff filed his lawsuit pursuant to 42 U.S.C. § 1983. Defendant denies the remaining allegations in this paragraph.**

2.    Plaintiff alleges the showers at Pontiac contained insects, mildew, lime soaps ("soap scum"), trash, human saliva, urine, and excrement. In addition, he alleges the showers did not drain properly because the drains were covered with blankets and replete with hair and debris.

**RESPONSE: Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations.**

---

[1] Pursuant to this Court's Merit Review and Case Management Order [Doc. 9] and local rule 16.3(E)(2), *CDIL-LR*, the issues and claims will be limited to those identified in the Merit Review Opinion.

3. Plaintiff alleges the showers were seldom, if ever, cleaned between 2015 and 2017, despite Pontiac's policy requiring both the use of bleach solution to clean all high-traffic areas and the availability of spray bottles with the bleach solution to clean showers between uses.

**RESPONSE: Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations.**

4. Plaintiff alleges that prisoners, on multiple occasions, brought their sanitation concerns to the attention of prison officials to no avail.

**RESPONSE: Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations.**

5. Plaintiff alleges that when he and other prisoners requested spray bottles to clean the showers themselves, prison officials told them that there were none or to file a grievance.

**RESPONSE: Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations.**

6. Plaintiff also filed grievances about the conditions, but the process yielded no results.

**RESPONSE: Defendant denies the allegations in this paragraph.**

7. Plaintiff alleges he developed fungal infections on his feet and groin, blackened toenails, and dry feet as a result of the alleged shower conditions.

**RESPONSE: Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations.**

8. When he sought medical treatment in December 2016, Plaintiff alleges Defendant Jade prescribed tolnaftate powder, an anti-fungal medication.

**RESPONSE: Defendant, per recorded documentation, admits that Plaintiff sought medical treatment in December 2016, Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations.**

9. Plaintiff applied the medication to no avail. Plaintiff alleges Defendant Tracey then prescribed tolnaftate cream; the results were the same.

**RESPONSE: Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations.**

10. On February 21, 2017, Plaintiff alleges Defendant Chrissy referred him to Defendant Tilden. Plaintiff alleges Defendant Tilden prescribed him tolnaftate cream for three months and[1] informed Plaintiff that he should have been prescribed the same regimen initially. Plaintiff alleges he received his tolnaftate prescription monthly—but only enough to last a week.

**RESPONSE: Defendant, per recorded documentation, admits that she followed appropriate procedure and referred Plaintiff to Defendant Tilden. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations.**

### REQUESTED RELIEF

Defendant denies that Plaintiff is entitled to any relief whatsoever.

### JURY DEMAND

Defendant requests a trial by jury in this matter.

### AFFIRMATIVE DEFENSES

1. Plaintiff's claims against Defendant in her official capacity are barred by Eleventh Amendment and sovereign immunity.

2.      Plaintiff has failed to exhaust all available administrative remedies, prior to initiating this action so his claims are bared by the Prison Litigation Reform Act. 42 U.S.C. § 1997e(a).

3.      At all times relevant herein, Defendant acted in good faith in the performance of her official duties and without violating Plaintiff's clearly established statutory or constitutional rights of which a reasonable person would have known. Defendant is, therefore, protected from suit by the doctrine of qualified immunity.

WHEREFORE, for the above and foregoing reasons, Defendant respectfully requests that this Honorable Court deny Plaintiff's requested relief and enter judgment in her favor.

Respectfully submitted,

KRISI ESHLEMAN

Defendant,

R. Levi Carwile, #6317375　　　　　　　　　LISA MADIGAN, Attorney General
Assistant Attorney General　　　　　　　　　State of Illinois
500 South Second Street
Springfield, IL 62701　　　　　　　　　　　　Attorney for Defendant,
(217) 557-0261 Phone
(217) 524-5091 Fax　　　　　　　　　　　　By: s/ R. Levi Carwile
Email: rcarwile@atg.state.il.us　　　　　　　　　R. Levi Carwile

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | | |
|---|---|---|
| BRYAIN YOUNG | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | 17-CV-1269 |
| vs. | ) | |
| | ) | |
| MELVIN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 19, 2017, the foregoing document, *Defendant's Answer and Affirmative Defenses*, was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

NONE

and I hereby certify that on the same date, I caused a copy of the same to be mailed by United States Postal Service, in an envelope, properly addressed and fully prepaid, to the following non-registered participant:

Bryain Young, #B-23205
Pontiac Correctional Center
Inmate Mail/Parcels
700 W. Lincoln Street
PO Box 99
Pontiac, IL  61764

Respectfully submitted,

s/ R. Levi Carwile
R. Levi Carwile, #6317375
Assistant Attorney General
General Law Bureau
Office of the Attorney General
500 South Second Street
Springfield, IL  62701
(217) 557-0261 Phone
(217) 524-5091 Fax
rcarwile@atg.state.il.us