IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| BRYAIN J. YOUNG, #B-23205, | ) |
| Plaintiff, | ) |
| -vs- | ) No. 17-1269-CSB |
| MICHAEL MELVIN, et al., | ) |
| Defendants. | ) |

## STIPULATION TO DISMISS

NOW COMES the Plaintiff, BRYAIN J. YOUNG, and the Defendants, RANDALL MEISTER, MICHAEL MELVIN, KRISI ESHLEMAN, and SUSAN PRENTICE, by their attorney, KWAME RAOUL, Attorney General of Illinois, and hereby stipulate to the dismissal of this case with prejudice pursuant to Federal Rule 41(a)(1)(A)(ii). The Plaintiff and the Defendants agree as follows:

1. This lawsuit shall be dismissed with prejudice and without leave to reinstate.

2. Each party shall bear their own attorney's fees, costs and expenses.

AGREED:

_/s/ Bryain J. Young_          5/10/19
Bryain J. Young                Date
Plaintiff

s/R. Carwile                   10-25-19
Assistant Attorney General     Date

Rev. 4/17